# EXHIBIT A

**Court of Common Pleas Summons & Complaint**

**THE COURT OF COMMON PLEAS, CIVIL DIVISION**
**CUYAHOGA COUNTY, OHIO**
Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

| | |
|---|---|
| <u>THE CINCINNATI INSURANCE COMPANY</u><br>Plaintiff<br><br>V.<br><br><u>KEITH TROUT, ET AL.</u><br>Defendant | CASE NO. CV25115928<br><br>JUDGE  JOHN J RUSSO<br><br>**SUMMONS**  SUMC  CM<br>Notice ID:  56734786 |

| From: | THE CINCINNATI INSURANCE COMPANY  P1<br>6200 SOUTH GILMORE ROAD<br>FAIRFIELD OH 45014 |
|---|---|
| Atty.: | DENNIS G. REHOR<br>6480 ROCKSIDE WOODS BLVD. SOUTH<br>SUITE 145<br>INDEPENDENCE, OH 44131-0000 |
| To: | KEITH TROUT  D1<br>527 OLIVE STREET<br>PITTSBURGH PA 15237 |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf).

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>04/21/2025</u>

By_____
Deputy

CMSN130



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
April 17, 2025 08:44

By: DENNIS G. REHOR 0063684

Confirmation Nbr. 3467320

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY | CV 25 115928 |
| vs. | |
| KEITH TROUT, ET AL. | **Judge:** JOHN J. RUSSO |

**Pages Filed:** 8

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY<br>as subrogee and successor in interest to<br>Sunshine, Inc., dba Home2 Suites by Hilton<br>6200 South Gilmore Road<br>Fairfield, Ohio 45014-5141 | ) ) ) ) ) ) ) | CASE NO.<br><br>JUDGE |
| Plaintiff, | ) ) ) | **COMPLAINT** |
| vs. | ) ) | |
| KEITH TROUT<br>527 Olive Street<br>Pittsburgh, Pennsylvania  15237 | ) ) ) ) | |
| and | ) ) | |
| JOHN/JANE DOE MINORS 1-15<br>True Name(s) and Location(s) Unknown | ) ) ) | |
| and | ) ) | |
| JOHN/JANE DOE PARENTS/<br>  GUARDIANS 1-30 OF JOHN/JANE<br>  DOE MINORS 1-15<br>True Name(s) and Location(s) Unknown | ) ) ) ) ) | |
| Defendants. | ) ) | |

Now comes Plaintiff, by and through its undersigned counsel, and for its Complaint, states as follows:

1. On or about April 22, 2023, and at all times material herein, Plaintiff The Cincinnati Insurance Company (hereinafter "CIC") was the insurer, assignee, subrogee, and successor in interest of Sunshine, Inc., dba Home2 Suites by Hilton (hereinafter Sunshine, Inc.), who was the owner and/or operator of a hotel located

at 7355 Engle Road, Middleburg Heights, Ohio known as the Middleburg Heights Home2 Suites by Hilton.

2. On or about April 22, 2023, Defendant Keith Trout and/or Defendants John/Jane Doe Parents/Guardians 1-30 rented a hotel room on or about the second floor at the aforementioned Middleburg Heights Home2 Suites by Hilton. Pursuant to Ohio Civil 10(D), a true and accurate copy of the room rental invoice is attached hereto as Exhibit 1. ***Please note that any personal identifiers or personal information or banking information, if applicable, has been redacted from Exhibit 1.*

3. On or about April 22, 2023, Defendant Keith Trout and Defendants John/Jane Doe Parents/Guardians 1-30 negligently allowed Defendants John/Jane Doe Minors 1-15, who were affiliated with or part of a youth basketball team, to have unsupervised access to the room rented at the aforementioned Middleburg Heights Home2 Suites by Hilton on or about the second floor.

4. After gaining unsupervised access to the said hotel room rented by Defendant Trout and/or Defendants John/Jane Doe Parents and Guardians 1-30, Defendants John/Jane Doe Minors 1-15 acted willfully, recklessly, wantonly, grossly negligently, and/or negligently in such as manner as to cause a major water loss therein which caused substantial damage to the aforementioned Middleburg Heights Home2 Suites by Hilton and which required a response from local first responders.

5. Security cameras were present and they depicted Defendants John/Jane Doe Minors 1-15 exiting the room from which the aforementioned water loss emanated

and local first responders who responded to assist in stopping the flow of water were present.

6. Below are images from security cameras depicting several of the Defendants John/Jane Doe Minors 1-15 rapidly exiting the room from which the aforementioned water loss emanated. Please note that facial identifiers have been redacted.





7. Below is a photograph of the local first responders who were called to the scene to assist in stopping the flow of water emanating from the room Defendants John/Jane Doe Minors 1-15 were in on or about the second floor of the Middleburg Heights Home2 Suites by Hilton.



8. Attached to this Complaint as Exhibit 2 is a true and accurate cope of the Middleburg Heights Fire Department Run Report 23044883, which stated that the cause of the water loss was "teenagers playing" in Room 211 and "sink broke causing water damage in 2nd

and 1ˢᵗ floor." **Please note any personal identifiers contained within Exhibit 2 have been redacted.*

9. The above described willful, reckless, wanton, grossly negligent, and/or negligent actions of Defendants John/Jane Doe Minors 1-15 caused damage to Plaintiff's insured, Sunshine, Inc., in an amount totaling at least $146,000.00.

10. As to a claim for negligent supervision, Plaintiff alleges Defendant Keith Trout and Defendants John/Jane Doe Parents/Guardians 1-30 of Defendants John/Jane Doe Minors 1-15 had a duty to supervise Defendants John/Jane Doe Minors 1-15 at all times while at the Middleburg Heights Home2 Suites by Hilton.

11. Defendant Keith Trout's and Defendants John/Jane Doe Parents/Guardians 1-30's breach of the duty described in the preceding paragraph was a direct and proximate cause of the damages caused to Plaintiff's insured, Sunshine Inc., in an amount totaling at least $146,000.00.

12. In addition to its claim for negligent supervision, pursuant to Ohio Revised Code Section 3109.09, Defendant Keith Trout and Defendants John/Jane Doe Parent/Guardians 1-30 are also strictly liable for the willful, wanton, reckless, grossly negligent acts of Defendants John/Jane Doe Minors 1-15 which was a cause of the damage in the amount of at least $146,000.00.

13. As a direct and proximate result of the combined acts of the Defendants, Plaintiff CIC paid to, or on behalf of, Sunshine Inc., the amount of at least $146,000.00 and became subrogated to said amount and all amounts to be paid.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, in an amount of at least $146,000.00, interest at the statutory rate, and the costs of this action.

/s/ *Dennis G. Rehor*
Dennis G. Rehor (0063684)
Attorney for Plaintiff
6480 Rockside Woods Blvd., Suite 145
Independence, OH  44131
(216) 696-6454
Fax: (216) 696-0227
dennis_rehor@staffdefense.com

Home2 Suites - Cleveland/Middleburg Heights
7355 Engle Rd.
Middleburg Heights, OH  44130
United States of America
TELEPHONE 440-403-9793   • FAX 440-403-9794
Reservations
www.hilton.com or 1 800 HILTONS

TROUT, KEITH

527 OLIVE ST

PITTSBURGH PA  15237
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 211/NKJ |
| Arrival Date: | 4/22/2023  6:15:00 PM |
| Departure Date: | 4/23/2023 1:24:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | CLWHITE2 |
| Room Rate: | ▇▇▇ |
| AL: | |
| HH # | 1603915354 BLUE |
| VAT # | |
| Folio No/Che | 136154 A |

Confirmation Number: 95884478

Home2 Suites - Cleveland/Middleburg Heights 4/24/2023 11:19:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 4/22/2023 | 450417 | GUEST ROOM | ▇▇ |
| 4/22/2023 | 450417 | RM - STATE TAX | ▇▇ |
| 4/22/2023 | 450417 | RM - COUNTY BED TAX | ▇▇ |
| 4/22/2023 | 450417 | RM - CITY TAX | ▇▇ |
| 4/23/2023 | 450585 | ▇▇▇ | ▇▇ |
| | | REF=0000136154-00238349 CONTACTLESS | |
| | | 07 | |
| | | Application Label: ▇▇▇ | |
| | | TC: 96886D41DED3DD2F | |
| | | TVR: 0000008001 | |
| | | AID: A0000000041010 | |
| | | **BALANCE** | ▇▇ |

CREDIT CARD DETAIL
| | | | |
|---|---|---|---|
| APPR CODE | ▇▇▇ | MERCHANT ID | 8031069258 |
| CARD NUMBER | ▇▇▇ | EXP DATE | ▇▇ |
| TRANSACTION ID | ▇▇▇ | TRANS TYPE | Sale |

# EXHIBIT 1

# Middleburg Heights

**CAD Call For Service**

**CAD Number**
23044883

| Date: | Time: | Mrc: | Dispatchers: | | |
|---|---|---|---|---|---|
| 04/22/2023 | 22:29:34 | T | D10 | D10 | |

**Location:** 7355 ENGLE RD

**City:** MIDDLEBURG  **Zone:** 3  **Grid:**  **Agency:** MH

**Call Type:** ASSIST FIRE - EMS  FIRE-UTILITY

**Incident#:**  **Accident#:**  **EMS #:**  **Fire #**

**Reviewed By:** **Disposition:** ASSISTED  **Strat Transport**  **End Transport** MH231218

**Caller:**

**Common Name:** HOME 2 SUITES BY HILTON

**Caller:**

**Caller Address:**  **Phone**

### Units / Times

| Unit: | Dispatch: | Route: | Arrive: | Cleared: | Patient: | Leave: | Hospital: | In Service: | Quarters: | Badge1 | Badge2 | Agency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4807 | 22:41:29 | 22:41:48 | 22:45:58 | 23:22:20 | | | | | | 4807 | | MH |
| 4816 | 22:46:53 | 22:46:56 | 22:46:56 | 23:22:21 | | | | | | 4816 | | MH |
| 4826 | 22:49:34 | 22:49:38 | 22:49:38 | 23:22:24 | | | | | | 4826 | | MH |
| MHL1 | 22:30:27 | 22:30:42 | 22:31:53 | 23:22:38 | | | | 23:20:16 | 23:22:38 | | | MH |

**Narrative**
CALLED IN DIRECT TO STATION REF BROKEN SINK
2241 HRS FD REQ PD IN THE MAIN LOBBY
2321 HRS TEENAGERS PLAYING IN 211 // SINK BROKE CAUSING WATER DAMAGE IN 2ND AND 1ST FLOOR // ADV OWNER THAT IT IS A CIVIL MATTER BETWEEN THE HOTEL AND THE ROOM TENANT

# EXHIBIT 2

Electronically Filed 04/17/2025 08:44 / / CV 25 115928 / Confirmation Nbr. 3467320 / CLEV1